UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PROTECT THE PUBLIC TRUST,** | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:22-cv-02014-JEB |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| Defendant. | ) |

# JOINT STATUS REPORT

Consistent with the Court's Minute Order Dated December 4, 2024, Protect the Public Trust ("Plaintiff") and the United States Department of Justice ("Defendant" or "DOJ") (collectively, "the parties"), by undersigned Counsel, submit the following Joint Status Report.

1. In this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq.*, Plaintiff seeks records of communications between DOJ's Justice Management Division ("JMD") and dialogue between JMD and some Biden Administration officials about "exemptions" from the Administration's ethic pledge.

2. Having resolved the merits of this litigation, the parties have moved on to the fees issues, which the parties are currently negotiating. Government Counsel is now in the process of seeking authority to accept Plaintiff's counteroffer. Typically, this process would involve some back-and-forth between Government Counsel and the Agency as well as the parties.

3. The parties have reason to be optimistic that they will be able to resolve the fees issue in this case, but will submit a briefing schedule in the unlikely event that they are able to come to agreement.

4. If the parties can resolve this action before that time, they may be filing a notice of dismissal instead of another Joint Status Report.

5. Thus, the parties believe that this litigation would benefit from some reasonable additional time for the parties to continue their negotiations. Thus, the parties respectfully request that the Court allows them to file another status report no later than April 4, 2025.

DATE: February 4, 2025                              Respectfully submitted,

*/s/ Karin Sweigart*
Karin Sweigart
DHILLON LAW GROUP, INC.
177 Post Street Suite 700
San Francisco, CA 94108
(415) 433-1700 KSweigart@dhillonlaw.com

*Counsel for Plaintiff*

EDWARD R. MARTIN, Jr.
D.C. Bar No. 481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W,
Washington, D.C. 20530
Telephone: (202) 252-2562

*Counsel for Defendant*